# EXHIBIT A

screenshot-thesmithrestaurant.com-2021.03.09-12_28_19
https://thesmithrestaurant.com/locations/
09.03.2021



ABOUT US ˅    LOCATIONS ˅    MENUS ˅    **THE SMITH** RESTAURANT & BAR    THE SMITH AT HOME    CATERING    GIFT CARDS    RESERVATIONS
PREPARED FOODS
& MARKET

OUR COMMITMENTS TO HEALTH & SAFETY                                                    X

## LOCATIONS

CHICAGO:    RIVER NORTH

NEW YORK:    NOMAD    LINCOLN SQUARE    MIDTOWN    EAST VILLAGE

WASHINGTON DC:    U STREET    PENN QUARTER



## RIVER NORTH

CHICAGO
400 N CLARK STREET
(AT W KINZIE STREET)
312.312.5100

MON - THURS: 11:30AM - 9PM
FRI: 11:30AM - 10PM
SATURDAY: 10:30AM 10PM
SUNDAY: 10:30AM - 9PM

HAPPY HOUR
MON - FRI: 3PM - 6PM

MORE INFORMATION          MAKE A RESERVATION



## EAST VILLAGE

NEW YORK
55 THIRD AVENUE
(BETWEEN 10TH & 11TH STREET)
212.420.9800

MON - FRIDAY: 11:30AM - 10PM
SAT & SUN: 10AM - 10PM
HAPPY HOUR
MON - FRI: 3PM - 6PM

MORE INFORMATION          MAKE A RESERVATION



## LINCOLN SQUARE

NEW YORK
1900 BROADWAY
(AT 63RD STREET)
212.496.5700

MON - FRIDAY: 11:30AM - 10PM
SAT & SUN: 10AM - 10PM

MORE INFORMATION          MAKE A RESERVATION



## MIDTOWN

NEW YORK
956 SECOND AVENUE
(AT 51ST STREET)
212.644.2700

MON - FRIDAY: 11:30AM - 10PM
SAT & SUN: 10AM - 10PM

HAPPY HOUR
MON - FRI: 2PM - 5PM

**MORE INFORMATION**     **MAKE A RESERVATION**



## NOMAD

NEW YORK
1150 BROADWAY
(AT 27TH STREET)
212.685.4500

MON - FRIDAY: 11:30AM - 10PM
SAT & SUN: 10AM - 10PM

HAPPY HOUR
MON - FRI: 3PM - 6PM

**MORE INFORMATION**     **MAKE A RESERVATION**



## PENN QUARTER

WASHINGTON DC
901 F STREET NW
(AT 9TH STREET)
202.868.4900

MON - FRI: 11:30AM - 9PM
SAT & SUN: 10:30AM - 9PM

HAPPY HOUR: MON - FRI 3PM - 6PM,
SAT & SUN 4PM - 6PM

**MORE INFORMATION**     **MAKE A RESERVATION**



## U STREET

WASHINGTON DC
1314 U STREET NW
(BETWEEN 13TH & 14TH STREET)
202.250.3900

MON - THURS: 11:30AM - 9PM
FRI: 11:30AM - 10PM
SAT 10:30AM - 10PM
SUN: 10:30AM - 9PM

HAPPY HOUR: MON - FRI 3PM - 6PM,
SAT & SUN 4PM - 6PM

**MORE INFORMATION**     **MAKE A RESERVATION**



CAREERS
PRESS
CONTACT
CORNER TABLE RESTAURANTS

PRIVACY AND TERMS
ADA COMPLIANCE FEEDBACK
JOIN OUR MAILING LIST

**THE SMITH**

ABOUT US | LOCATIONS | MENUS | THE SMITH AT HOME | CATERING | GIFT CARDS | RESERVATIONS



# EAST VILLAGE

### MAKE A RESERVATION

ORDER ONLINE: CAVIAR / DOORDASH / GRUBHUB / SEAMLESS / UBEREATS

---



We are open for indoor and outdoor dining, delivery, and pick-up daily with expanded menu offerings, family style dinners for two, cocktails, beer, wine, and more!

---

## JOIN US FOR HAPPY HOUR!

Monday – Friday: 3pm – 6pm

HAPPY HOUR MENU



---

## EAST VILLAGE MENU

SELECT MENU BELOW · WEEKDAY LUNCH · DINNER · WEEKEND BRUNCH · WEEKEND SUNSET
DESSERT AND AFTER DINNER DRINKS · HAPPY HOUR · COCKTAILS AND BEER · HOUSE WINE
BOTTLED WINE · WHISKEY · KIDS MENU

---

## DIRECTIONS & HOURS

55 THIRD AVENUE (BETWEEN 10TH & 11TH STREET) 212.420.9800

**HOURS**
MON – FRIDAY: 11:30AM – 10PM
SAT & SUN: 10AM – 11PM

**HAPPY HOUR**
MON – FRI: 3PM – 6PM

**SUBWAY**
6 TO ASTOR PLACE
4/5/6/N/Q/R TO UNION SQUARE/14TH STREET
L TO THIRD AVENUE



DIRECTIONS | RESERVATIONS

---



---

## PLAN YOUR NEXT EVENT IN THE EAST VILLAGE

Freshly decked out, the private dining room downstairs can accommodate up to 70 guests, complete with a dedicated new, private bar.

MORE INFORMATION



CLICK FOR EVENT GALLERY

---



FOLLOW US



CAREERS
PRESS
CONTACT
CORNER TABLE RESTAURANTS

PRIVACY AND TERMS
ADA COMPLIANCE FEEDBACK
JOIN OUR MAILING LIST



FOR COMMITMENTS TO HEALTH & SAFETY

# MIDTOWN

## MAKE A RESERVATION

ORDER ONLINE: CAVIAR / DOORDASH / GRUBHUB / SEAMLESS / UBEREATS



We are open for indoor and outdoor dining, delivery, and pick-up daily with expanded menu offerings, family style dinners for two, cocktails, beer, wine, and more!

## JOIN US FOR HAPPY HOUR!

Monday – Friday: 2pm – 5pm

HAPPY HOUR MENU



## MIDTOWN MENU

SELECT MENU BELOW    WEEKDAY LUNCH    DINNER    WEEKEND BRUNCH    WEEKEND SUNSET

DESERT AND AFTER DINNER DRINKS    HAPPY HOUR    COCKTAILS AND BEER    HOUSE WINE

BOTTLED WINE    WHISKEY    KIDS MENU

## DIRECTIONS & HOURS

955 SECOND AVENUE (AT 51ST STREET) 212.644.2700

**HOURS**
MON - FRIDAY: 11:30AM - 10PM
SAT & SUN: 10AM - 10PM

**HAPPY HOUR**
MON - FRI: 2PM - 5PM

**SUBWAY**
6/E TO 51ST STREET



DIRECTIONS | RESERVATIONS





## PLAN YOUR NEXT EVENT AT MIDTOWN

Under a soaring, sky lit ceiling, the private dining room at Midtown can accommodate up to 75 guests, with a handy private bar tucked inside.

MORE INFORMATION

CLICK FOR EVENT GALLERY



FOLLOW US

CAREERS
PRESS
CONTACT
CORNER TABLE RESTAURANTS

PRIVACY AND TERMS
ADA COMPLIANCE FEEDBACK
JOIN OUR MAILING LIST



THE SMITH

NOMAD

**MAKE A RESERVATION**

ORDER ONLINE: CAVIAR / DOORDASH / GRUBHUB / SEAMLESS / UBEREATS



We are open for indoor and outdoor dining, delivery, and pick-up daily with expanded menu offerings, family style dinners for two, cocktails, beer, wine, and more!

## JOIN US FOR HAPPY HOUR!

Monday – Friday: 3pm – 6pm

HAPPY HOUR MENU



## NOMAD MENU

SELECT MENU BELOW | WEEKDAY LUNCH | DINNER | WEEKEND BRUNCH | WEEKEND SUNSET

DESSERT AND AFTER DINNER DRINKS | HAPPY HOUR | COCKTAILS AND BEER | HOUSE WINE

BOTTLED WINE | WHISKEY | KIDS MENU

## DIRECTIONS & HOURS

1150 BROADWAY (AT 27TH STREET) 212.686.4500

**HOURS**
MON - FRIDAY 11:30AM - 10PM
SAT & SUN 10AM - 10PM

**HAPPY HOUR**
MON - FRI 3PM - 6PM

**SUNDAY**
N/B 10 26TH STREET
6 TO 25TH STREET



DIRECTIONS | RESERVATIONS



## PLAN YOUR NEXT EVENT AT NOMAD

The Smith NoMad features a private dining room for up to 75 guests complete with a private bar.

MORE INFORMATION


CLICK FOR EVENT GALLERY



FOLLOW US


CAREERS
PRESS
CONTACT
CORNER TABLE RESTAURANTS

PRIVACY AND TERMS
ADA COMPLIANCE FEEDBACK
JOIN OUR MAILING LIST

**THE SMITH**

ABOUT | LOCATIONS | MENUS | THE SMITH AT HOME / PROVISIONS DINERS & MARKET | CATERING | GIFT CARDS | RESERVATIONS



# LINCOLN SQUARE

MAKE A RESERVATION

ORDER ONLINE: CAVIAR / DOORDASH / GRUBHUB / SEAMLESS / UBEREATS



We are open for indoor and outdoor dining, delivery, and pick-up daily with expanded menu offerings, family style dinners for two, cocktails, beer, wine, and more!

## NOW OPEN FOR OUTDOOR DINING!

Join us for lunch, dinner, and weekend brunch on our patio or indoors!



## LINCOLN SQUARE MENU

SELECT MENU BELOW | WEEKDAY LUNCH | DINNER | WEEKEND BRUNCH | WEEKEND SUNSET
DESSERT AND AFTER DINNER DRINKS | COCKTAILS AND BEER | HOUSE WINE | BOTTLED WINE | WHISKEY
KIDS MENU

## DIRECTIONS & HOURS

1900 BROADWAY (AT 63RD STREET) 212.496.5700

**HOURS**
MON - FRIDAY 11:30AM - 10PM
SAT & SUN 10AM - 10PM

**SUBWAY**
1/A/B/C/D TO COLUMBUS CIRCLE



DIRECTIONS | RESERVATIONS





## PLAN YOUR NEXT EVENT AT LINCOLN SQUARE

Not one, but two private dining rooms offer a choice between an intimate meet up of 30 guests or an even grander gathering of your 100 nearest and dearest.

CLICK FOR EVENT GALLERY

MORE INFORMATION



FOLLOW US



CAREERS
PRESS
CONTACT
CORNER TABLE RESTAURANTS

PRIVACY AND TERMS
ADA COMPLIANCE FEEDBACK
JOIN OUR MAILING LIST



# PENN QUARTER

MAKE A RESERVATION

ORDER ONLINE: CAVIAR / DOORDASH / GRUBHUB / UBEREATS



We are open for indoor and outdoor dining, delivery, and pick-up daily with expanded menu offerings, family style dinners for two, cocktails, beer, wine, and more!

## JOIN US FOR HAPPY HOUR!

Monday – Friday: 3pm – 6pm

Saturday & Sunday: 4pm – 6pm

HAPPY HOUR MENU



## PENN QUARTER MENU

| | | | | |
|---|---|---|---|---|
| SELECT MENU BELOW | WEEKDAY LUNCH | DINNER | WEEKEND BRUNCH | WEEKEND SUNSET |
| DESSERT AND AFTER DINNER DRINKS | | HAPPY HOUR | COCKTAILS AND BEER | HOUSE WINE |
| | BOTTLED WINE | WHISKEY | KIDS MENU | |

## DIRECTIONS & HOURS

901 F STREET NW (AT 9TH STREET) 202.868.4900

**HOURS**
MON – FRI: 11:30AM – 9PM
SAT & SUN: 10:30AM – 9PM

HAPPY HOUR MON – FRI 3PM – 6PM
SAT & SUN 4PM – 6PM

**METRO**
GALLERY PLACE/CHINATOWN (GREEN, RED, OR YELLOW LINE)
METRO CENTER (BLUE, ORANGE, OR RED LINE)



DIRECTIONS    RESERVATIONS



## PLAN YOUR NEXT EVENT AT PENN QUARTER

The private dining room can accommodate parties of up to 30 guests. The intimate room features a hexagonal coffered ceiling, inspired by Union Station's ceiling design, and a private bar.

MORE INFORMATION



CLICK FOR EVENT GALLERY



FOLLOW US



CAREERS
PRESS
CONTACT
CORNER TABLE RESTAURANTS

PRIVACY AND TERMS
ADA COMPLIANCE FEEDBACK
JOIN OUR MAILING LIST


OUR COMMITMENTS TO HEALTH & SAFETY                                                            ✕

# RIVER NORTH

## MAKE A RESERVATION

ORDER ONLINE: CAVIAR / DOORDASH / GRUBHUB / UBEREATS



We are open for indoor and outdoor dining, delivery, and pick-up daily with expanded menu offerings, family style dinners for two, cocktails, beer, wine, and more!

## JOIN US FOR HAPPY HOUR!

Monday – Friday: 3pm – 6pm

HAPPY HOUR MENU



## RIVER NORTH MENU

SELECT MENU BELOW        RESTAURANT WEEK LUNCH        WEEKDAY LUNCH        RESTAURANT WEEK DINNER

DINNER        RESTAURANT WEEK BRUNCH        WEEKEND BRUNCH        WEEKEND SUNSET

DESSERT AND AFTER DINNER DRINKS        HAPPY HOUR        COCKTAILS AND BEER        HOUSE WINE

BOTTLED WINE        WHISKEY        COCKTAILS TO-GO        KIDS MENU

### DIRECTIONS & HOURS

400 N CLARK STREET (AT W KINZIE STREET) 312.312.5100

**HOURS**
MON – THURS: 11:30AM – 9PM
FRI: 11:30AM – 10PM
SATURDAY: 10:30AM – 10PM
SUNDAY: 10:30AM – 9PM

**HAPPY HOUR**
MON – FRI 3PM – 6PM

**THE L**
MERCHANDISE MART (BROWN LINE, PURPLE LINE), GRAND/STATE (RED LINE)



DIRECTIONS        RESERVATIONS



## PLAN YOUR NEXT EVENT AT RIVER NORTH

With two private dining rooms – one offering a private bar, the other AV capabilities – The Smith Chicago is the perfect choice for your celebration of up to 50 guests.

MORE INFORMATION



CLICK FOR EVENT GALLERY



FOLLOW US
f  t  📷

CAREERS
PRESS
CONTACT
CORNER TABLE RESTAURANTS

PRIVACY AND TERMS
ADA COMPLIANCE FEEDBACK
JOIN OUR MAILING LIST



ABOUT US ˅   LOCATIONS ˅   MENUS ˅

# THE SMITH
### RESTAURANT & BAR

THE SMITH AT HOME   CATERING   GIFT CARDS   RESERVATIONS
PREPARED FOODS
& MARKET

OUR COMMITMENTS TO HEALTH & SAFETY                                          x

## U STREET

### MAKE A RESERVATION

ORDER ONLINE: CAVIAR / DOORDASH / GRUBHUB / UBEREATS



We are open for indoor and outdoor dining, delivery, and pick-up daily with expanded menu offerings, family style dinners for two, cocktails, beer, wine, and more!

## JOIN US FOR HAPPY HOUR!

Monday – Friday 3 pm – 6 pm

Saturday & Sunday 4 pm – 6 pm

HAPPY HOUR MENU



## U STREET MENU

SELECT MENU BELOW     WEEKDAY LUNCH     DINNER     WEEKEND BRUNCH     WEEKEND SUNSET

DESSERT AND AFTER DINNER DRINKS     HAPPY HOUR     COCKTAILS AND BEER     HOUSE WINE

BOTTLED WINE     WHISKEY     KIDS MENU

## DIRECTIONS & HOURS

1314 U STREET NW (BETWEEN 13TH & 14TH STREET) 202.250.3900

**HOURS**
MON – THURS: 11:30AM - 9PM
FRI: 11:30AM - 10PM
SAT: 10:30AM - 10PM
SUN: 10:30AM - 9PM

HAPPY HOUR MON - FRI 3PM - 6PM,
SAT & SUN 4PM - 6PM

**METRO**
U STREET/AFRICAN-AMER CIVIL WAR MEMORIAL/CARDOZO (GREEN LINE, YELLOW LINE)



DIRECTIONS                    RESERVATIONS

## PLAN YOUR NEXT EVENT AT U STREET

The private dining room can accommodate parties of up to 35 guests.

MORE INFORMATION



Click for Event Gallery



FOLLOW US
f   t   ◎

CAREERS
PRESS
CONTACT
CORNER TABLE RESTAURANTS

PRIVACY AND TERMS
ADA COMPLIANCE FEEDBACK
JOIN OUR MAILING LIST