5:09 

 **thesmithathome** •••



| **79** | **805** | **44** |
|---|---|---|
| Posts | Followers | Following |

**The Smith At Home**
Food Delivery Service
Prepared foods, market, & specialties by
@thesmithrestaurant  Pick Up or Delivery across
NYC, Washington DC, and Chicago
linktr.ee/TheSmithAtHome

**View Shop**

**Follow** | **Message** | **Contact** | 

    

steak 🍟 kit    pancake kit    burger kit    baked ⚪ kit    gnocc

  

  

    



**The Smith Restaurant**
@TheSmith07

American Brasserie with a simple mission: make people happy! NYC | DC | Chicago

🔗 thesmithrestaurant.com    📅 Joined April 2009

**2,212** Following    **6,248** Followers

Tweets    Tweets & replies    Media    Likes

---

**The Smith Restaurant** @TheSmith07 · Mar 15, 2020
A Note from Your Friends at The Smith instagram.com/p/B9wu3U7J5pM/...
💬 5    🔁 1    ♡ 5    ⬆

**The Smith Restaurant** @TheSmith07 · Mar 13, 2020
Tartare for now! 🎥
💬 2    🔁    ♡ 4    ⬆

**The Smith Restaurant** @TheSmith07 · Mar 12, 2020
A wing of beauty 🍗
💬    🔁    ♡ 5    ⬆

**The Smith Restaurant** @TheSmith07 · Mar 11, 2020
Easy peasy, nice and cheesy 💥 @sofiaeatsnyc

▶ 249 views                    0:01 / 0:04  🔇
💬    🔁 2    ♡ 5    ⬆

**The Smith Restaurant** @TheSmith07 · Mar 10, 2020
Oh my (crispy) cod! 🎥
💬    🔁    ♡ 3    ⬆

**The Smith Restaurant** @TheSmith07 · Mar 5, 2020
We've considered all pastable outcomes ✨ braised short rib cavatelli ✨

🔍 Search Twitter

**New to Twitter?**
Sign up now to get your own personalized timeline!

**Sign up**

**You might like**

Modzy
@getmodzy    Follow
📢 Promoted

Patsy's Italian Rest
@PatsysItalRest    Follow

Case 1:21-cv-02022-JPO   Document 1-1   Filed 04/15/21   Page 3 of 12



Join now | Sign in

## Similar pages


**Mexicue**
Restaurants
New York, NY


**BCD**
Restaurants
New York, New York


**Bareburger Group LLC**
Food & Beverages
Long Island City, NY


**Mighty Quinn's Barbeque**
Restaurants

Show more similar pages ⌄

## Browse jobs

**Chef jobs**
96 open jobs

**Shopper jobs**
14 open jobs

**Marketing Officer jobs**
90 open jobs

**Specialist jobs**
446,701 open jobs

**Campaign Manager jobs**
36,508 open jobs

**Account Executive jobs**
57 open jobs

**Clinical Manager jobs**
196 open jobs

**Customer Director jobs**
27,623 open jobs

**Storekeeper jobs**
28,996 open jobs

**Sourcer jobs**
12,242 open jobs

Show more jobs like this ⌄

### Corner Table Restaurants
Restaurants

New York, New York · 1,375 followers

Our mission is simple: make people happy.

View all 85 employees

See jobs | Follow

## About us

The Smith is a casual neighborhood Brasserie with a simple mission: make people happy. We are passionate about taking great care of our employees, our guests, and our community. We are obsessed with building a positive, empowering, and supportive culture. By working closely with local farmers and purveyors that we trust, The Smith serves delicious food and drinks people crave. The menu features bistro classics, seasonal fare, and craft cocktails. Its signature lively atmosphere makes The Smith a versatile setting for an after-work bite, drinks on the town, a birthday bash, a working lunch, a boozy brunch, or an I-don't-want-to-cook-tonight night.

| | |
|---|---|
| Website | http://www.thesmithrestaurant.com ✓ |
| Industries | Restaurants |
| Company size | 501-1000 employees |
| Headquarters | New York, New York |
| Type | Privately Held |
| Founded | 2001 |
| Specialties | Restaurants, Hospitality, and Management |

## Locations

**Primary**

270 Lafayette Street
New York, New York 10012, US
Get directions ✓

1314 U St NW
Washington, District of Columbia 20009, US
Get directions ✓

901 F St NW
Washington, District of Columbia 20004, US
Get directions ✓

400 N Clark St
Chicago, Illinois 60654, US
Get directions ✓

55 3rd Ave
New York, NY 10003, US
Get directions ✓

1150 Broadway
New York, NY 10001, US
Get directions ✓

1900 Broadway
New York, NY 10023, US
Get directions ✓

956 2nd Ave
New York, NY 10022, US
Get directions ✓

Show fewer locations ⌃

## Employees at Corner Table Restaurants


**Adam Burke**
Vice President of Operations at The Smith, Corner Table Restaurants


**Phil Jean-Simon**
Corporate Facilities Manager at Corner Table Restaurants



**Jessica Apfel**
Yoga Teacher RYT 200, RPYT | Birth + Postpartum Doula


**Luis Gabriel Nieto**
Corporate Chef at Corner Table Restaurants

See all employees

## Updates


**Corner Table Restaurants**
1,375 followers
11mo

We are so thankful for our community that has shown such support during this difficult time. Many have asked how they can help our team members, for which we are forever grateful. We have created the Be The Smith Fund which will provide relief directly to our team in extraordinary need.

https://lnkd.in/db8559n ✓



Support Our Team and Communities
https://thesmithrestaurant.com

12 Likes

👍 Like | 💬 Comment | ↪ Share

**Join now to see what you are missing**

✓ Find people you know at Corner Table Restaurants

✓ Browse recommended jobs for you

✓ View all updates, news, and articles

Join now





The Smith
@TheSmithRestaurant

Home
Photos
Reviews
Posts
Videos
Events
About

Community

Create a Page



Like   Share   •••

Contact Us   Send Message



55 3rd Ave, between 10th & 11th St. (1.16 mi)
New York, NY, NY 10003
Get Directions

(212) 420-9800

Contact The Smith on Messenger



The Smith
American Restaurant in New York, New York
5 ★★★★★



Community   See All

9,295 people like this

9,430 people follow this

72,847 check-ins



About   See All

55 3rd Ave, between 10th & 11th St. (1.16 mi)
New York, NY, NY 10003
Get Directions

(212) 420-9800

72,847 check-ins

See All

Posts




The Smith
18 hrs

The best kind of Twos-day 🍪🥛 @thehungryclementine



About   See All

55 3rd Ave, between 10th & 11th St. (1.16 mi)
New York, NY, NY 10003
Get Directions

(212) 420-9800

Contact The Smith on Messenger

www.thesmithrestaurant.com

American Restaurant





Page Transparency   See More

Facebook is showing information to help you better
understand the purpose of a Page. See actions taken by
the people who manage and post content.

Page created • April 23, 2009



People

★★★★★
9,295 likes
72,847 visits

😊❤️ 6                                    1 Share

Like    Comment    Share

The Smith
March 21 at 4:00 PM

The Easter bunny is en route! Celebrate at home with heat & eat Easter
brunch and dinner specials the @thesmithathome 🐰 Head to their
profile for the full menus and to order.



Related Pages



The Smith
New American Restaurant

ABC Kitchen
New American Restaurant

LAVO NYC
Dance & Night Club

The Meatball Shop
Italian Restaurant

The Smith Midtown
American Restaurant

See More



Pages Liked by This Page

Lincoln Square Business Improv...

New York Cares

Jane Restaurant

The Infatuation ✓

Sir Kensington's

See More



😊👍 12                           1 Comment 1 Share

Like    Comment    Share

See All

Videos

English (US)  Español  Português (Brasil)
Français (France)  Deutsch

Privacy · Terms · Advertising · Ad Choices ▷ ·
Cookies · More ·
Facebook © 2021

Looking extra sharp #nationalmacandcheeseday



Thanksgiving is around the c...    You're the cheese to my ma...

See All

Posts

The Smith



# facebook

Email or Phone    Password    Log In

Forgot account?



## The Smith (East Village)
@Tsev01

Home
Reviews
Photos
Stores
About
Community

  

Like    Share

Call Now    Send Message

### Posts

 **The Smith** updated their cover photo.
January 13, 2020



3    7 Shares

Like    Comment    Share

**The Smith**
January 2, 2020 ·

Let's keep this beef 🌭 🎞️@thebaltimorefoodie



**The Smith (East Village)**
American Restaurant in New York, New York
5 ★★★★★

### Community    See All

25 people like this

25 people follow this

263 check-ins

### About    See All



55 Third Avenue (1.16 mi)
New York, NY, NY 10003
Get Directions

**The Smith** Location

(212) 420-9800

Contact The Smith on Messenger

American Restaurant

# facebook

Email or Phone    Password    Log In

Forgot account?



**The Smith Lincoln Square**

- Home
- Reviews
- Photos
- Posts
- Videos
- About
- Community

**Create a Page**



👍 Like    ➤ Share    •••

💬 Send Message

**Photos**





See All

**The Smith Lincoln Square**
American Restaurant in New York, New York

4.4 ★★★★★
Closed Now

**Community**    See All

👍 215 people like this

📶 216 people follow this

📍 4,842 check-ins

**About**    See All



◇ 1900 Broadway (3.91 mi)
New York, NY, NY 10023
**Get Directions**

📞 (212) 496-5700

💬 **Contact The Smith Lincoln Square on Messenger**

🌐 www.thesmithnyc.com

🗂 American Restaurant · New American Restaurant

# facebook

Email or Phone    Password

Log In

Forgot account?



## The Smith Midtown

**Home**

Reviews

Photos

Posts

Videos

About

Community

Create a Page



Like   Share   ...

Send Message

### Photos



See All

### The Smith Midtown
American Restaurant in New York, New York
4.7 ★★★★★

### Community                    See All

👍 2,478 people like this

🔗 2,525 people follow this

📍 72,855 check-ins

### About                        See All



📍 956 2nd Ave (3.15 mi)
New York, NY, NY 10022
Get Directions

📞 (212) 644-2700

Contact The Smith Midtown on Messenger

🌐 thesmithrestaurant.com/location/midtown

American Restaurant · Breakfast & Brunch
Restaurant

 Page Transparency            See More

# facebook

Email or Phone          Password          Log In

Forgot account?





## The Smith Nomad

- Home
- Reviews
- Photos
- Posts
- About
- Community

Create a Page

👍 Like    ↗ Share    ...

💬 Send Message

**Photos**



See All

**The Smith Nomad**
American Restaurant in New York, New York
5 ★★★★★

**Community**                    See All

👍 309 people like this

🔊 313 people follow this

📍 9,325 check-ins

**About**                    See All

  

◈ 1150 Broadway (1.99 mi)
New York, NY, NY 10001
Get Directions

📞 (212) 685-4500

🌐 thesmithrestaurant.com

📁 American Restaurant

f **Page Transparency**          See More

Facebook is showing information to help you better

# EXHIBIT B



# facebook



Email or Phone    Password    Log In

Forgot account?

## THE SMITH

**The Smith Penn Quarter**

- Home
- Reviews
- Photos
- Posts
- Videos
- About
- Community

**Create a Page**



👍 Like    ↪ Share    •••



See All

💬 Send Message

📍 901 F Street NW (204.07 mi)
Washington, D.C., DC 20004
Get Directions

📞 (202) 868-4900

🌐 www.thesmithrestaurant.com

🍴 American Restaurant · New American Restaurant

🕐 Hours 8:00 AM – 11:00 PM
Open Now

Popular hours

Mon   Tue   Wed   Thu   Fri   Sat   Sun

---

### Posts

**The Smith Penn Quarter**



### About    See All

📍 901 F Street NW (204.07 mi)
Washington, D.C., DC 20004
Get Directions

📞 (202) 868-4900

🌐 www.thesmithrestaurant.com

🍴 American Restaurant · New American Restaurant

🕐 Hours 8:00 AM – 11:00 PM
Open Now

Popular hours

Mon   Tue   Wed   Thu   Fri   Sat   Sun



6AM   9AM   12PM   3PM   6PM   9PM   12AM   3AM

See All

### Posts

**The Smith Penn Quarter**
January 8, 2020 · 🌐

We're looking forward to DC Restaurant next week 🙌🙌





### 🔒 Page Transparency    See More

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

Page created · January 27, 2017

### People     ›


⭐⭐⭐⭐⭐
**541** likes
**12,749** visits

❤ 1

👍 Like    💬 Comment    ↪ Share

### Related Pages


**SUCCOTASH (Washington D.C.)**
American Restaurant


**Maialino Mare**
Italian Restaurant


**City Tap Dupont**
American Restaurant

**Spoken English: the LINE DC**
Asian Restaurant

**The Smith Penn Quarter** is at **The Smith (Penn Quarter).**
July 20, 2019 · 🌐

There's a latte ways to start your weekend ☕ 📷 @robinimm


**The Salt Line**
Seafood Restaurant

See More



Places › Washington D.C. › Restaurant › New American Restaurant › The Smith Penn Quarter

English (US) · Español · Português (Brasil) · Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Facebook © 2021



👍 Like    💬 Comment    ↪ Share

See All

### Videos

Wondering how we make our famous cheesy mac? He...

▶

👍 3   💬 2

See All

Posts

### About    See All



📍 901 F Street NW (204.07 mi)
Washington, D.C., DC 20004
Get Directions

📞 (202) 868-4900

🌐 www.thesmithrestaurant.com

🍴 American Restaurant · New American Restaurant

🕐 Hours 8:00 AM – 11:00 PM
Open Now

Popular hours

Mon   Tue   Wed   Thu   Fri   Sat   Sun



6AM   9AM   12PM   3PM   6PM   9PM   12AM   3AM

### 🔒 Page Transparency    See More

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

facebook





## The Smith Chicago

Home

Reviews

Photos

Posts

Videos

**About**

Community

Create a Page

---

👍 Like   ➤ Share   •••

Book Now   💬 Send Message

---

🕐 Open Now          11:30 AM - 1:00 AM

BUSINESS INFO

ℹ️ Business Details

Price Range          $$

CASH  VISA  AMEX  MASTERCARD  DISCOVER

ADDITIONAL CONTACT INFO

✉️ info@ctrnyc.com

MORE INFO

### Our Story

Our mission is simple: make people happy. Since 2007, we've served food people crave. We are passionate about taking great care of our employees, our guests, and our community. We are obsessed with building a positive, empowering, and supportive culture. We care about every meal and every moment. Walk in the door and you're in for a great time. Wh...

See More



---

HOURS

🕐 Open Now          11:30 AM - 1:00 AM

BUSINESS INFO

ℹ️ Business Details

Price Range          $$

CASH  VISA  AMEX  MASTERCARD  DISCOVER

ADDITIONAL CONTACT INFO

✉️ info@ctrnyc.com

MORE INFO

ℹ️ About

The Smith is an American brasserie known for its lively atmosphere, seasonal menu and craft cocktails.

🍴 American Restaurant · New American Restaurant

---

STORY

### Our Story

Our mission is simple: make people happy. Since 2007, we've served food people crave. We are passionate about taking great care of our employees, our guests, and our community. We are obsessed with building a positive, empowering, and supportive culture. We care about every meal and every moment. Walk in the door and you're in for a great time. Wh...

See More

---

**See more of The Smith Chicago on Facebook**

Log In   or   Create New Account


# facebook

Email or Phone          Password          Log In
                                          Forgot account?



## THE SMITH
### The Smith U Street

Home
Reviews
Photos
Posts
Videos
About
Community

Create a Page

Like    Share    ···                    Send Message





See All

📍 1314 U Street NW (203.50 mi)
Washington D.C., DC, DC 20009
Get Directions

📞 (202) 250-3900

4.6 ★★★★★
Open Now

### Community                          See All

👤 256 people like this
🔖 264 people follow this
📍 1,925 check-ins

### About                             See All

📍 1314 U Street NW (203.50 mi)
Washington D.C., DC, DC 20009
Get Directions

📞 (202) 250-3900

🌐 www.thesmithrestaurant.com

🍴 American Restaurant · New American
Restaurant · Bar

🕐 Hours 11:30 AM – 12:00 AM
Open Now

📍 1314 U Street NW (203.50 mi)
Washington D.C., DC, DC 20009
Get Directions

📞 (202) 250-3900

🌐 www.thesmithrestaurant.com

🍴 American Restaurant · New American
Restaurant · Bar

🕐 Hours 11:30 AM – 12:00 AM
Open Now

### Page Transparency              See More

Facebook is showing information to help you better
understand the purpose of a Page. See actions taken by
the people who manage and post content.

📄 Page created - May 2, 2018

### People                             >

★★★★½

256 likes
1,925 visits

### Related Pages

Barcelona Wine Bar (14th Street)
Tapas Bar & Restaurant

HalfSmoke
American Restaurant

Coconut Club
Restaurant

SUCCOTASH (Washington D.C.)
American Restaurant

The Smith
American Restaurant

See More ▾

Places ▸ Washington D.C. ▸ Bar ▸ The Smith U Street

English (US)  Español  Português (Brasil)  +
Français (France)  Deutsch

Privacy · Terms · Advertising · Ad Choices ▷
Cookies · More ▾
Facebook © 2021

## Posts

The Smith U Street
January 8, 2020 · 🌐

We're looking forward to DC Restaurant next week 🙌🙌



Like    Comment    Share

The Smith U Street is at The Smith (U Street).
July 19, 2019 · 🌐

You've got a pizza my heart 🎉 ❤️

🔵 3

Like    Comment    Share

See All