# EXHIBIT D

# EAST VILLAGE

## MAKE A RESERVATION

ORDER ONLINE: CAVIAR | DOORDASH | GRUBHUB | SEAMLESS | UBEREATS



We are open for indoor and outdoor dining, delivery, and pick-up daily with expanded menu offerings, family style dinners for two, cocktails, beer, wine, and more!

## JOIN US FOR HAPPY HOUR!

Monday – Friday: 3pm – 6pm

HAPPY HOUR MENU



## EAST VILLAGE MENU

SELECT MENU BELOW | WEEKDAY LUNCH | DINNER | WEEKEND BRUNCH | WEEKEND SUNSET
DESSERT AND AFTER DINNER DRINKS | HAPPY HOUR | COCKTAILS AND BEER | HOUSE WINE
BOTTLED WINE | WHISKEY | KIDS MENU

### WEEKDAY LUNCH MENU
AVAILABLE MON – FRI FROM 11:30AM – 5:00PM

**FOR THE SAFETY OF OUR TEAM AND GUESTS**
PLEASE WEAR A MASK AT ALL TIMES EXCEPT WHEN EATING AND DRINKING AND ALWAYS WHEN INTERACTING WITH A SMITH TEAM MEMBER. THANK YOU FOR YOUR COOPERATION!

### PASTA
Gluten-free pasta available upon request.

| | | |
|---|---|---|
| BUTTERNUT SQUASH TORTELLONI | ricotta, hen of the woods, sage brown butter, parmesan | 21 |
| SHORT RIB RIGATONI | red wine braised short rib ragu, mascarpone, basil | 23 |
| RICOTTA GNOCCHI | truffle cream | 21 |
| MAC + CHEESE | skillet roasted | 17 |

### MAIN COURSES

| | | |
|---|---|---|
| AVOCADO TOAST | whole wheat, red pepper | 19 |



- ABOUT US
- LOCATIONS
- MENUS
- THE SMITH AT HOME
- CATERING
- GIFT CARDS
- RESERVATIONS
- PREPARED FOODS & MARKET

OUR COMMITMENT: HEALTH & SAFETY ✕

# LINCOLN SQUARE

## MAKE A RESERVATION

ORDER ONLINE: CAVIAR / DOORDASH / GRUBHUB / SEAMLESS / UBEREATS



We are open for indoor and outdoor dining, delivery, and pick-up daily with expanded menu offerings, family style dinners for two, cocktails, beer, wine, and more!

## NOW OPEN FOR OUTDOOR DINING!

Join us for lunch, dinner, and weekend brunch on our patio or indoors!



# LINCOLN SQUARE MENU

- SELECT MENU BELOW
- WEEKDAY LUNCH
- DINNER
- WEEKEND BRUNCH
- WEEKEND SUNSET
- DESSERT AND AFTER DINNER DRINKS
- COCKTAILS AND BEER
- HOUSE WINE
- BOTTLED WINE
- WHISKEY
- KIDS MENU

## WEEKDAY LUNCH MENU

AVAILABLE MON - FRI FROM 11:30AM - 5:00PM

**FOR THE SAFETY OF OUR TEAM AND GUESTS**
PLEASE WEAR A MASK AT ALL TIMES EXCEPT WHEN EATING AND DRINKING AND ALWAYS WHEN INTERACTING WITH A SMITH TEAM MEMBER. THANK YOU FOR YOUR COOPERATION!

### RAW BAR

**OYSTERS**
| | | |
|---|---|---|
| COTUIT BAY | Cape Cod, MA | 3.50 |
| OYSTER OF THE DAY | | 3.50 |

**SHELLFISH**
| | | |
|---|---|---|
| CHILLED SHRIMP | | 3.25 |

### SNACKS & STARTERS
| | | |
|---|---|---|
| POTATO CHIPS | blue cheese fondue | 10 |
| TOASTED SESAME HUMMUS | lavash crackers, sliced vegetables | 12 |
| ROASTED TOMATO SOUP | cheddar melt | 11 |
| BROCCOLINI | sautéed garlic, parmesan, chilies | 11 |
| SPICED CHICKEN WINGS | chipotle, maple, lime | 14 |
| SHISHITO PEPPERS | sea salt | 10 |
| BURRATA | slow roasted tomatoes, baby arugula, garlic ciabatta | 15 |
| CAULIFLOWER | lemon, capers, currants | 14 |
| SPICY SALMON TARTARE | crispy rice, avocado, sriracha, nori | 15 |
| BRUSSELS SPROUTS | orange zest, sea salt | 12 |

### SALADS
| | | |
|---|---|---|
| HONEYCRISP APPLE & GOAT CHEESE | candied walnuts, radicchio, apple cider vinaigrette | 14 |
| LITTLE GEM CAESAR | crispy parmesan frico | 14 |
| KALE & QUINOA | sun dried cranberries, ricotta salata, toasted almonds, dijon vinaigrette | 14 |

**ANY SALAD WITH:**
| | |
|---|---|
| GRILLED CHICKEN | 21 |
| ROASTED SALMON | 25 |
| MARINATED SHRIMP | 25 |
| CHARRED FLATIRON STEAK | 25 |

### SANDWICHES
served with fries or mixed greens
| | | |
|---|---|---|
| GRILLED CHICKEN | burrata, tomato jam, basil aioli, toasted sesame bun | 19 |
| BLT+E | apple smoked bacon, fried egg, lemon aioli, potato bun | 17 |
| THE SMITH BURGER | bacon shallot jam, american cheese, crispy onions, house pickles, TSB sauce, potato bun | 19 |

### PASTA
Gluten-free pasta available upon request.
| | | |
|---|---|---|
| BUTTERNUT SQUASH TORTELLONI | ricotta, hen of the woods, sage brown butter, parmesan | 21 |
| SHORT RIB RIGATONI | red wine braised short rib ragu, mascarpone, basil | 23 |
| RICOTTA GNOCCHI | truffle cream | 21 |
| MAC + CHEESE | skillet roasted | 17 |

### MAIN COURSES
| | | |
|---|---|---|
| AVOCADO TOAST | whole wheat, red pepper flakes, poached eggs | 19 |
| OMELETTE | slow roasted tomatoes, goat cheese, soft herbs, mixed greens | 17 |
| SALMON | golden beets, yukon potatoes, savoy cabbage, melted leek beurre blanc | 27 |
| VEGETABLE BIBIMBAP | sushi rice, shiitake, spinach, edamame, house-made kimchee, sunny up egg | 23 |
| GRILLED SHRIMP | cauliflower, butternut squash, rice noodles, napa cabbage, spiced coconut curry | 27 |
| CHICKEN POT PIE | braised chicken, cremini mushrooms, potatoes, peas, cheddar biscuit top | 25 |
| POT OF MUSSELS | chardonnay broth, dijon, tarragon, fries | 23 |

### STEAKS
Served with choice of fries or field greens, and choice of chimichurri or green peppercorn sauce
| | | |
|---|---|---|
| THE SMITH BAR STEAK | | 29 |
| NY STRIP | | 39 |
| BONE IN RIBEYE | | 42 |
| FILET MIGNON | | 44 |

### SIDES
| | | |
|---|---|---|
| JALAPEÑO CHEDDAR GRITS | | 9 |
| FRIES | | 9 |

### HOUSEMADE SOFT DRINKS
| | | |
|---|---|---|
| CUCUMBER GINGER BEER | | 6 |
| LEMON MINT SODA | | 6 |
| LEMONADE | | 4.25 |
| ICED TEA | | 4.25 |
| ARNOLD PALMER | | 4.25 |
| ICED COFFEE | | 4.25 |

### COFFEE & ESPRESSO
Counter Culture
| | | |
|---|---|---|
| COFFEE | | 4.75 |
| ESPRESSO | | 4.75 |
| CAPPUCCINO | espresso / frothed milk | 5.50 |
| RED EYE | coffee / espresso shot | 5.50 |
| AMERICANO | espresso / hot water | 5.50 |
| LATTE | espresso / steamed milk | 5.50 |
| MOCHA | espresso / hot chocolate | 5.50 |
| HOT CHOCOLATE | whipped cream | 5.50 |

### TEA
Steven Smith Teamaker
| | |
|---|---|
| | 4.25 |

GREEN TEA / MINT / EARL GREY / DARJEELING BLEND / ENGLISH BREAKFAST / CHAI / CHAMOMILE (D) / PEPPERMINT (D)

## DIRECTIONS & HOURS

1900 BROADWAY (AT 63RD STREET) 212.496.5700

**HOURS**
MON - FRIDAY: 11:30AM - 10PM
SAT & SUN: 10AM - 10PM

**SUBWAY**
1/A/B/C/D TO COLUMBUS CIRCLE



DIRECTIONS | RESERVATIONS



## PLAN YOUR NEXT EVENT AT LINCOLN SQUARE

Not one, but two private dining rooms offer a choice between an intimate meet up of 30 guests or an even grander collection of your 100 nearest and dearest.

MORE INFORMATION



CLICK FOR EVENT GALLERY



**FOLLOW US**


- CAREERS
- PRESS
- CONTACT
- CORNER TABLE RESTAURANTS
- PRIVACY AND TERMS
- ADA COMPLIANCE FEEDBACK
- JOIN OUR MAILING LIST


- ABOUT US
- LOCATIONS
- MENUS
- THE SMITH AT HOME
- CATERING
- GIFT CARDS
- RESERVATIONS
- PREPARED FOODS & MARKET

OUR COMMITMENTS TO HEALTH & SAFETY ✕

# MIDTOWN

## MAKE A RESERVATION

ORDER ONLINE: CAVIAR / DOORDASH / GRUBHUB / SEAMLESS / UBEREATS



We are open for indoor and outdoor dining, delivery, and pick-up daily with expanded menu offerings, family style dinners for two, cocktails, beer, wine, and more!

## JOIN US FOR HAPPY HOUR!

Monday – Friday: 2pm – 5pm

HAPPY HOUR MENU

## MIDTOWN MENU

- SELECT MENU BELOW
- WEEKDAY LUNCH
- DINNER
- WEEKEND BRUNCH
- WEEKEND SUNSET
- DESSERT AND AFTER DINNER DRINKS
- HAPPY HOUR
- COCKTAILS AND BEER
- HOUSE WINE
- BOTTLED WINE
- WHISKEY
- KIDS MENU

### WEEKDAY LUNCH MENU
AVAILABLE MON - FRI FROM 11:30AM - 5:00PM

**FOR THE SAFETY OF OUR TEAM AND GUESTS**

PLEASE WEAR A MASK AT ALL TIMES EXCEPT WHEN EATING AND DRINKING AND ALWAYS WHEN INTERACTING WITH A SMITH TEAM MEMBER. THANK YOU FOR YOUR COOPERATION!

#### RAW BAR

**OYSTERS**
- COTUIT BAY  Cape Cod, MA  3.50
- OYSTER OF THE DAY  3.50

**SHELLFISH**
- CHILLED SHRIMP  3.25

#### SNACKS & STARTERS
- POTATO CHIPS  blue cheese fondue  10
- TOASTED SESAME HUMMUS  lavash crackers, sliced vegetables  12
- ROASTED TOMATO SOUP  cheddar melt  11
- BROCCOLINI  sautéed garlic, parmesan, chilies  11
- SPICED CHICKEN WINGS  chipotle, maple, lime  14
- SHISHITO PEPPERS  sea salt  10
- BURRATA  slow roasted tomatoes, baby arugula, garlic ciabatta  15
- CAULIFLOWER  lemon, capers, currants  14
- SPICY SALMON TARTARE  crispy rice, avocado, sriracha, nori  15
- BRUSSELS SPROUTS  orange zest, sea salt  12

#### SALADS
- HONEYCRISP APPLE & GOAT CHEESE  candied walnuts, radicchio, apple cider vinaigrette  14
- LITTLE GEM CAESAR  crispy parmesan frico  14
- KALE & QUINOA  sun dried cranberries, ricotta salata, toasted almonds, dijon vinaigrette  14

**ANY SALAD WITH:**
- GRILLED CHICKEN  21
- ROASTED SALMON  25
- MARINATED SHRIMP  25
- CHARRED FLATIRON STEAK  25

#### SANDWICHES
served with fries or mixed greens
- GRILLED CHICKEN  burrata, tomato jam, basil aioli, toasted sesame bun
- BLT+E  apple smoked bacon, fried egg, lemon aioli, potato bun  17
- THE SMITH BURGER  bacon shallot jam, american cheese, crispy onions, house pickles, TSB sauce, potato bun  19

#### PASTA
Gluten-free pasta available upon request
- BUTTERNUT SQUASH TORTELLONI  ricotta, hen of the woods, sage brown butter, parmesan  21
- SHORT RIB RIGATONI  red wine braised short rib ragu, mascarpone, basil  23
- RICOTTA GNOCCHI  truffle cream  21
- MAC + CHEESE  skillet roasted  17

#### MAIN COURSES
- AVOCADO TOAST  whole wheat, red pepper flakes, poached eggs  19
- OMELETTE  slow roasted tomatoes, goat cheese, soft herbs, mixed greens  17
- SALMON  golden beets, yukon potatoes, savoy cabbage, melted leek beurre blanc  27
- VEGETABLE BIBIMBAP  sushi rice, shiitake, spinach, edamame, house made kimchee, sunny up egg  23
- GRILLED SHRIMP  cauliflower, butternut squash, rice noodles, napa cabbage, spiced coconut curry  27
- CHICKEN POT PIE  braised chicken, cremini mushrooms, potatoes, peas, cheddar biscuit top  25
- POT OF MUSSELS  chardonnay broth, dijon, tarragon, fries  23

#### STEAKS
Served with choice of fries or field greens, and choice of chimichurri or green peppercorn sauce
- THE SMITH BAR STEAK  29
- NY STRIP  39
- BONE IN RIBEYE  42
- FILET MIGNON  44

#### SIDES
- JALAPEÑO CHEDDAR GRITS  9
- FRIES  9

#### HOUSEMADE SOFT DRINKS
- CUCUMBER GINGER BEER  6
- LEMON MINT SODA  6
- LEMONADE  4.25
- ICED TEA  4.25
- ARNOLD PALMER  4.25
- ICED COFFEE  4.25

#### COFFEE & ESPRESSO
Counter Culture
- COFFEE  4.75
- ESPRESSO  4.75
- CAPPUCCINO  espresso / frothed milk  5.50
- RED EYE  coffee / espresso shot  5.50
- AMERICANO  espresso / hot water  5.50
- LATTE  espresso / steamed milk  5.50
- MOCHA  espresso / hot chocolate  5.50
- HOT CHOCOLATE  whipped cream  5.50

#### TEA  4.25
Steven Smith Teamaker

GREEN TEA / MINT / EARL GREY / DARJEELING BLEND / ENGLISH BREAKFAST / CHAI / CHAMOMILE (D) / PEPPERMINT (D)

## DIRECTIONS & HOURS

956 SECOND AVENUE (AT 51ST STREET)  212.644.2700

**HOURS**
MON - FRIDAY: 11:30AM - 10PM
SAT & SUN: 10AM - 10PM

**HAPPY HOUR**
MON - FRI 2PM - 5PM

**SUBWAY**
6/E TO 51ST STREET



DIRECTIONS  |  RESERVATIONS



## PLAN YOUR NEXT EVENT AT MIDTOWN

Under a soaring, sky lit ceiling, the private dining room at Midtown can accommodate up to 75 guests, with a handy private bar tucked inside.

MORE INFORMATION



CLICK FOR EVENT GALLERY




**FOLLOW US**


- CAREERS
- PRESS
- CONTACT
- CORNER TABLE RESTAURANTS
- PRIVACY AND TERMS
- ADA COMPLIANCE FEEDBACK
- JOIN OUR MAILING LIST


ADD COMMITMENT TO HEALTH & SAFETY ✕

# NOMAD

MAKE A RESERVATION

ORDER ONLINE: CAVIAR / DOORDASH / GRUBHUB / SEAMLESS / UBEREATS



We are open for indoor and outdoor dining, delivery, and pick-up daily with expanded menu offerings, family style dinners for two, cocktails, beer, wine, and more!

## JOIN US FOR HAPPY HOUR!

Monday – Friday: 3pm – 6pm

HAPPY HOUR MENU



## NOMAD MENU

SELECT MENU BELOW | WEEKDAY LUNCH | DINNER | WEEKEND BRUNCH | WEEKEND SUNSET
DESSERT AND AFTER DINNER DRINKS | HAPPY HOUR | COCKTAILS AND BEER | HOUSE WINE
BOTTLED WINE | WHISKEY | KIDS MENU

### WEEKDAY LUNCH MENU
AVAILABLE MON – FRI FROM 11:30AM – 5:00PM

**FOR THE SAFETY OF OUR TEAM AND GUESTS**
PLEASE WEAR A MASK AT ALL TIMES EXCEPT WHEN EATING AND DRINKING AND ALWAYS WHEN INTERACTING WITH A SMITH TEAM MEMBER. THANK YOU FOR YOUR COOPERATION!

**RAW BAR**

OYSTERS
- COTUIT BAY   Cape Cod, MA   3.50
- OYSTER OF THE DAY   3.50

SHELLFISH
- CHILLED SHRIMP   3.25
- HALF LOBSTER   16

PLATTERS
- THE DELUXE   oysters, chilled shrimp, spicy salmon tartare, half lobster   79
- THE ROYALE   oysters, chilled shrimp, spicy salmon tartare, whole lobster   118

**SNACKS**
- POTATO CHIPS   blue cheese fondue   10
- TOASTED SESAME HUMMUS   lavash crackers, sliced vegetables   12
- SPICED CHICKEN WINGS   chipotle, maple, lime   14
- SHISHITO PEPPERS   sea salt   10
- BRUSSELS SPROUTS   orange zest, sea salt   12

**STARTERS**
- ROASTED TOMATO SOUP   cheddar melt   11
- DELICATA SQUASH   pumpkin seed pesto, ricotta salata, fresno chilies, cilantro   13
- BURRATA   slow roasted tomatoes, baby arugula, garlic ciabatta   16
- ROASTED CARROTS   pistachio granola, yogurt, lemon, jalapeño, mint   12
- SOURDOUGH FLATBREAD   cauliflower ragu, fontina, marinated tomatoes, parmesan   16
- BROCCOLINI   sautéed garlic, parmesan, chilies   11
- CAULIFLOWER   lemon, capers, currants   11
- SPICY SALMON TARTARE   crispy rice, avocado, sriracha, nori   15

**SALADS**
- HONEYCRISP APPLE & GOAT CHEESE   candied walnuts, radicchio, apple cider vinaigrette   14
- LITTLE GEM CAESAR   crispy parmesan frico   14
- KALE & QUINOA   sun dried cranberries, ricotta salata, toasted almonds, dijon vinaigrette   14

ANY SALAD WITH:
- GRILLED CHICKEN   21
- ROASTED SALMON   25
- MARINATED SHRIMP   25
- CHARRED FLATIRON STEAK   25

**SANDWICHES**
served with fries or mixed greens
- GRILLED CHICKEN   burrata, tomato jam, basil aioli, toasted sesame bun   19
- BLT+E   apple smoked bacon, fried egg, lemon aioli, potato bun   17
- THE SMITH BURGER   bacon shallot jam, american cheese, crispy onions, house pickles, TSB sauce, potato bun   19

**PASTA**
Gluten-free pasta available upon request.
- BUTTERNUT SQUASH TORTELLONI   ricotta, hen of the woods, sage brown butter, parmesan   21
- SHORT RIB RIGATONI   red wine braised short rib ragu, mascarpone, basil   23
- RICOTTA GNOCCHI   truffle cream   21
- MAC + CHEESE   skillet roasted   17

**MAIN COURSES**
- AVOCADO TOAST   whole wheat, red pepper flakes, poached eggs   19
- OMELETTE   slow roasted tomatoes, goat cheese, soft herbs, mixed greens   17
- SALMON   golden beets, yukon potatoes, savoy cabbage, melted leek beurre blanc   27
- VEGETABLE BIBIMBAP   sushi rice, shiitake, spinach, edamame, house kimchee, sunny up egg   23
- GRILLED SHRIMP   cauliflower, butternut squash, nice noodles, napa cabbage, spiced coconut curry   27
- CHICKEN POT PIE   braised chicken, cremini mushrooms, potatoes, peas, cheddar biscuit top   25
- POT OF MUSSELS   chardonnay broth, dijon, tarragon, fries   23

**STEAKS**
Served with choice of fries or field greens, and choice of chimichurri or green peppercorn sauce
- THE SMITH BAR STEAK   29
- NY STRIP   39
- BONE IN RIBEYE   42
- FILET MIGNON   44

**SIDES**
- JALAPEÑO CHEDDAR GRITS   9
- FRIES   9

**HOUSEMADE SOFT DRINKS**
- SHIRLEY TEMPLE   6
- CUCUMBER GINGER BEER   6
- LEMON MINT SODA   6
- LEMONADE   4.25
- ICED TEA   4.25
- ARNOLD PALMER   4.25
- ICED COFFEE   4.25

**COFFEE & ESPRESSO**
Counter Culture
- COFFEE   4.75
- CAPPUCCINO   espresso / frothed milk   5.50
- RED EYE   coffee / espresso shot   5.50
- AMERICANO   espresso / hot water   5.50
- LATTE   espresso / steamed milk   5.50
- MOCHA   espresso / hot chocolate   5.50
- HOT CHOCOLATE   whipped cream   5.50

**TEA**   4.25
Steven Smith Teamaker
GREEN TEA / MINT / EARL GREY / DARJEELING BLEND / ENGLISH BREAKFAST / CHAI / CHAMOMILE (D) / PEPPERMINT (D)

---

### DIRECTIONS & HOURS

1150 BROADWAY (AT 27TH STREET)   212.685.4500

HOURS
MON – FRIDAY: 11:30AM – 10PM
SAT & SUN: 10AM – 10PM

HAPPY HOUR
MON – FRI: 3PM – 6PM

SUBWAY
N/R TO 28TH STREET
6 TO 28TH STREET



DIRECTIONS | RESERVATIONS

---

## PLAN YOUR NEXT EVENT AT NOMAD

The Smith NoMad features a private dining room for up to 75 guests complete with a private bar.

MORE INFORMATION

CLICK FOR EVENT GALLERY

---





FOLLOW US




CAREERS
PRESS
CONTACT
CORNER TABLE RESTAURANTS

PRIVACY AND TERMS
ADA COMPLIANCE FEEDBACK
JOIN OUR MAILING LIST

# PENN QUARTER

MAKE A RESERVATION

ORDER ONLINE: CAVIAR / DOORDASH / GRUBHUB / UBEREATS



We are open for indoor and outdoor dining, delivery, and pick-up daily with expanded menu offerings, family style dinners for two, cocktails, beer, wine, and more!

## JOIN US FOR HAPPY HOUR!

Monday – Friday; 3pm – 6pm

Saturday & Sunday; 4pm – 6pm

HAPPY HOUR MENU



## PENN QUARTER MENU

SELECT MENU BELOW
WEEKDAY LUNCH | DINNER | WEEKEND BRUNCH | WEEKEND SUNSET
DESSERT AND AFTER DINNER DRINKS | HAPPY HOUR | COCKTAILS AND BEER | HOUSE WINE
BOTTLED WINE | WHISKEY | KIDS MENU

### WEEKDAY LUNCH MENU
AVAILABLE MON - FRI FROM 11:30AM - 5:00PM

**FOR THE SAFETY OF OUR TEAM AND GUESTS**
PLEASE WEAR A MASK AT ALL TIMES EXCEPT WHEN EATING AND DRINKING AND ALWAYS WHEN INTERACTING WITH A SMITH TEAM MEMBER. THANK YOU FOR YOUR COOPERATION!

#### RAW BAR

**OYSTERS**
COTUIT BAY   Cape Cod, MA   3
FISHERS ISLAND   Block Island Sound, NY   3
MOONDANCER   Damariscotta, ME   3

#### SNACKS
SHISHITO PEPPERS   sea salt   9
POTATO CHIPS   blue cheese fondue   8
CHICKEN WINGS   chipotle, maple, lime   13
BRUSSELS SPROUTS   orange zest, sea salt   10

#### STARTERS
ROASTED TOMATO SOUP   cheddar melt   10
BURRATA   slow roasted tomatoes, baby arugula, garlic ciabatta   13
BROCCOLINI   sautéed garlic, parmesan, chiles   9
SICILIAN CAULIFLOWER   lemon, capers, currants   9
SPICY SALMON TARTARE   crispy rice, avocado, sriracha, nori   13
ROASTED CARROTS   pestachio granola, yogurt, lemon, jalapeño, mint   11

#### SALADS
HONEYCRISP APPLE & GOAT CHEESE   candied walnuts, radicchio, apple cider vinaigrette   13
LITTLE GEM CAESAR   crispy parmesan frico   14
KALE & QUINOA   sun dried cranberries, ricotta salata, toasted almonds, dijon vinaigrette   13

**ADDITIONS**
GRILLED CHICKEN   19
ROASTED SALMON   23
CHARRED FLATIRON STEAK   23

#### SANDWICHES
served with fries or mixed greens
GRILLED CHICKEN   burrata, tomato jam, basil aioli, toasted sesame baguette   17
ROASTED VEGGIE   cauliflower, avocado, wild mushroom, spicy tofu aioli, sesame baguette   16
BLT+E   apple smoked bacon, fried egg, lemon aioli, brioche bun   16
THE SMITH BURGER   bacon shallot jam, american cheese, crispy onions, house pickles, TSB sauce, brioche bun   19

#### PASTA
Gluten-free pasta available upon request.
BUTTERNUT SQUASH BUCATINI   hen of the woods mushrooms, sage, parmesan   19
SHORT RIB RIGATONI   red wine braised short rib ragu, mascarpone, basil   21
RICOTTA GNOCCHI   truffle cream   19
MAC + CHEESE   skillet roasted   17

#### MAIN COURSES
OMELETTE   slow roasted tomatoes, goat cheese, soft herbs, mixed greens   16
SALMON   golden beets, yukon potatoes, savoy cabbage, melted leek beurre blanc   26
CHICKEN POT PIE   braised chicken, cremini mushrooms, potatoes, peas, cheddar biscuit top   24
POT OF MUSSELS   chardonnay broth, dijon, tarragon, fries   23
VEGETABLE BIBIMBAP   sushi rice, shiitake, spinach, edamame, house-made kimchee, sunny up egg   19

#### STEAKS
Served with fries or field greens and chimichurri or green peppercorn sauce
THE SMITH BAR STEAK   27
NY STRIP   34
BONE IN RIBEYE   37
FILET MIGNON   39

#### SIDES
JALAPEÑO CHEDDAR GRITS   9
FRIES   8

#### HOUSEMADE SODAS   5
SHIRLEY TEMPLE
CUCUMBER GINGER BEER
LEMON MINT SODA

#### COFFEE & ESPRESSO
COFFEE   3.25
ESPRESSO   3.50
CAPPUCCINO   3.75
RED EYE   coffee / espresso shot   4.50
AMERICANO   espresso / hot water   3.50
LATTE   espresso / steamed milk   3.75
MOCHA   espresso / hot chocolate   4.50
HOT CHOCOLATE   whipped cream   4.50

#### TEA   3.25
Steven Smith Teamaker
GREEN TEA / MINT / EARL GREY / DARJEELING BLEND / ENGLISH BREAKFAST / CHAI / CHAMOMILE (D) / PEPPERMINT (D)

## DIRECTIONS & HOURS

901 F STREET NW (AT 9TH STREET)   202.868.4900

**HOURS**
MON - FRI   11:30AM - 9PM
SAT & SUN   10:30AM - 9PM

HAPPY HOUR   MON - FRI 3PM - 6PM,
SAT & SUN 4PM - 6PM

**METRO**
GALLERY PLACE/CHINATOWN (GREEN, RED, OR YELLOW LINE)
METRO CENTER (BLUE, ORANGE, OR RED LINE)



DIRECTIONS | RESERVATIONS



## PLAN YOUR NEXT EVENT AT PENN QUARTER

The private dining room can accommodate parties of up to 30 guests. The intimate room features a hexagonal coffered ceiling, inspired by Union Station's ceiling design, and a private bar.

MORE INFORMATION



CLICK FOR EVENT GALLERY



**FOLLOW US**



CAREERS
PRESS
CONTACT
CORNER TABLE RESTAURANTS

PRIVACY AND TERMS
ADA COMPLIANCE FEEDBACK
JOIN OUR MAILING LIST

ABOUT US / LOCATIONS / MENUS
THE SMITH AT HOME / CATERING / GIFT CARDS / RESERVATIONS
PREPARED FOODS & MARKET

THE SMITH
RESTAURANT & BAR

OUR COMMITMENT TO HEALTH & SAFETY

# U STREET

### MAKE A RESERVATION

ORDER ONLINE: CAVIAR / DOORDASH / GRUBHUB / UBEREATS



We are open for indoor and outdoor dining, delivery, and pick-up daily with expanded menu offerings, family style dinners for two, cocktails, beer, wine, and more!

## JOIN US FOR HAPPY HOUR!

Monday – Friday 3 pm – 6 pm

Saturday & Sunday 4 pm – 6 pm

HAPPY HOUR MENU



## U STREET MENU

SELECT MENU BELOW
WEEKDAY LUNCH / DINNER / WEEKEND BRUNCH / WEEKEND SUNSET
DESSERT AND AFTER DINNER DRINKS / HAPPY HOUR / COCKTAILS AND BEER / HOUSE WINE
BOTTLED WINE / WHISKEY / KIDS MENU

### WEEKDAY LUNCH MENU

AVAILABLE MON – FRI FROM 11:30AM – 5:00PM

**FOR THE SAFETY OF OUR TEAM AND GUESTS**
PLEASE WEAR A MASK AT ALL TIMES EXCEPT WHEN EATING AND DRINKING AND ALWAYS WHEN INTERACTING WITH A SMITH TEAM MEMBER. THANK YOU FOR YOUR COOPERATION!

#### RAW BAR

**OYSTERS**

| | | |
|---|---|---|
| COTUIT BAY | Cape Cod, MA | 3 |
| OYSTER OF THE DAY | | 3 |

#### SNACKS

| | | |
|---|---|---|
| SHISHITO PEPPERS | sea salt | 9 |
| POTATO CHIPS | blue cheese fondue | 8 |
| CHICKEN WINGS | chipotle, maple, lime | 13 |
| BRUSSELS SPROUTS | orange zest, sea salt | 10 |

#### STARTERS

| | | |
|---|---|---|
| ROASTED TOMATO SOUP | cheddar melt | 10 |
| BURRATA | slow roasted tomatoes, baby arugula, garlic ciabatta | 13 |
| BROCCOLINI | sautéed garlic, parmesan, chilies | 9 |
| SICILIAN CAULIFLOWER | lemon, capers, currants | 9 |
| SPICY SALMON TARTARE | crispy rice, avocado, sriracha, nori | 13 |
| ROASTED CARROTS | pistachio granola, yogurt, lemon, jalapeño, mint | 11 |

#### SALADS

| | | |
|---|---|---|
| HONEYCRISP APPLE & GOAT CHEESE | candied walnuts, radicchio, apple cider vinaigrette | 13 |
| LITTLE GEM CAESAR | crispy parmesan frico | 13 |
| KALE & QUINOA | sun dried cranberries, ricotta salata, toasted almonds, dijon vinaigrette | 13 |

**ADDITIONS**

| | |
|---|---|
| GRILLED CHICKEN | 19 |
| ROASTED SALMON | 23 |
| CHARRED FLATIRON STEAK | 23 |

#### SANDWICHES
served with fries or mixed greens

| | | |
|---|---|---|
| GRILLED CHICKEN | burrata, tomato jam, basil aioli, toasted sesame baguette | 17 |
| ROASTED VEGGIE | cauliflower, avocado, wild mushroom, spicy tofu aioli, sesame baguette | 16 |
| BLT+E | apple smoked bacon, fried egg, lemon aioli, brioche bun | 16 |
| THE SMITH BURGER | bacon shallot jam, american cheese, crispy onions, house pickles, TSB sauce, brioche bun | 17 |

#### PASTA
Gluten-free pasta available upon request.

| | | |
|---|---|---|
| BUTTERNUT SQUASH BUCATINI | hen of the woods mushrooms, sage, parmesan | 19 |
| SHORT RIB RIGATONI | red wine braised short rib ragu, mascarpone, basil | 21 |
| RICOTTA GNOCCHI | truffle cream | 19 |
| MAC + CHEESE | skillet roasted | 17 |

#### MAIN COURSES

| | | |
|---|---|---|
| OMELETTE | slow roasted tomatoes, goat cheese, soft herbs, mixed greens | 16 |
| SALMON | golden beets, yukon potatoes, savoy cabbage, melted leek beurre blanc | 26 |
| CHICKEN POT PIE | braised chicken, cremini mushrooms, potatoes, peas, cheddar biscuit top | 24 |
| POT OF MUSSELS | chardonnay broth, dijon, tarragon, fries | 23 |
| VEGETABLE BIBIMBAP | sushi rice, shiitake, spinach, edamame, house-made kimchee, sunny up egg | 19 |

#### STEAKS
Served with fries or field greens and chimichurri or green peppercorn sauce

| | |
|---|---|
| THE SMITH BAR STEAK | 27 |
| NY STRIP | 34 |
| BONE IN RIBEYE | 37 |
| FILET MIGNON | 39 |

#### SIDES

| | |
|---|---|
| JALAPEÑO CHEDDAR GRITS | 9 |
| FRIES | 8 |

#### HOUSEMADE SODAS

5

SHIRLEY TEMPLE
CUCUMBER GINGER BEER
LEMON MINT SODA

#### COFFEE & ESPRESSO

| | |
|---|---|
| COFFEE | 3.25 |
| ESPRESSO | 3.50 |
| CAPPUCCINO | espresso / frothed milk | 3.75 |
| RED EYE | coffee / espresso shot | 4.50 |
| AMERICANO | espresso / hot water | 3.50 |
| LATTE | espresso / steamed milk | 3.75 |
| MOCHA | espresso / hot chocolate | 4.50 |
| HOT CHOCOLATE | whipped cream | 4.50 |

#### TEA

3.25

Steven Smith Teamaker

GREEN TEA / MINT / EARL GREY / DARJEELING BLEND / ENGLISH BREAKFAST / CHAI / CHAMOMILE (D) / PEPPERMINT (D)

---

## DIRECTIONS & HOURS

**U STREET DC** (BETWEEN 13TH & 14TH STREET) 202.250.3900

**HOURS**
MON – THURS: 11:30AM - 9PM
FRI: 11:30AM - 10PM
SAT: 10:30AM - 10PM
SUN: 10:30AM - 9PM

HAPPY HOUR, MON - FRI 3PM - 6PM,
SAT & SUN 4PM - 6PM

**METRO**
U STREET/AFRICAN-AMER. CIVIL WAR MEMORIAL/CARDOZO (GREEN LINE, YELLOW LINE)

DIRECTIONS | RESERVATIONS

---

## PLAN YOUR NEXT EVENT AT U STREET

The private dining room can accommodate parties of up to 35 guests.

MORE INFORMATION



CLICK FOR EVENT GALLERY

---



**FOLLOW US**

CAREERS
PRESS
CONTACT
CORNER TABLE RESTAURANTS

PRIVACY AND TERMS
ADA COMPLIANCE FEEDBACK
JOIN OUR MAILING LIST


# RIVER NORTH

### MAKE A RESERVATION

ORDER ONLINE: CAVIAR | DOORDASH | GRUBHUB | UBEREATS

---



We are open for indoor and outdoor dining, delivery, and pick-up daily with expanded menu offerings, family style dinners for two, cocktails, beer, wine, and more!

---

## JOIN US FOR HAPPY HOUR!

Monday – Friday: 3pm – 6pm

HAPPY HOUR MENU



---

## RIVER NORTH MENU

SELECT MENU BELOW

RESTAURANT WEEK LUNCH · WEEKDAY LUNCH · RESTAURANT WEEK DINNER
DINNER · RESTAURANT WEEK BRUNCH · WEEKEND BRUNCH · WEEKEND SUNSET
DESSERT AND AFTER DINNER DRINKS · HAPPY HOUR · COCKTAILS AND BEER · HOUSE WINE
BOTTLED WINE · WHISKEY · COCKTAILS TO-GO · KIDS MENU

### WEEKDAY LUNCH MENU

AVAILABLE MON - FRI FROM 12:00PM - 5:00PM

**FOR THE SAFETY OF OUR TEAM AND GUESTS**
PLEASE WEAR A MASK AT ALL TIMES EXCEPT WHEN EATING AND DRINKING AND ALWAYS WHEN INTERACTING WITH A SMITH TEAM MEMBER. THANK YOU FOR YOUR COOPERATION!

#### RAW BAR

**OYSTERS**
ACADIAN PEARL*  New Brunswick, CAN  3.25
FISHERS ISLAND*  Block Island Sound, NY  3.25

#### SNACKS & STARTERS
POTATO CHIPS  blue cheese fondue  8
ROASTED TOMATO SOUP  cheddar melt  10
DELICATA SQUASH  pumpkin seed pesto, ricotta  11
BURRATA  slow roasted tomatoes, baby arugula, garlic ciabatta  14
BROCCOLINI  sautéed garlic, parmesan, chilies  9
SPICY SALMON TARTARE*  crispy rice, avocado, sriracha, nori  14
SICILIAN CAULIFLOWER  lemon, capers, currants  9

#### SALADS
HONEYCRISP APPLE & GOAT CHEESE  candied walnuts, radicchio, apple cider vinaigrette  13
LITTLE GEM CAESAR  crispy parmesan frico  13
KALE & QUINOA  sun dried cranberries, ricotta salata, toasted almonds, dijon vinaigrette  13

**ANY SALAD WITH**
GRILLED CHICKEN  19
ROASTED SALMON  24
CHARRED FLATIRON STEAK*  25

#### SANDWICHES
served with fries or mixed greens
GRILLED CHICKEN  burrata, tomato jam, basil aioli, toasted ciabatta  17
BLT+E  apple smoked bacon, fried egg, lemon aioli, brioche bun  16
THE SMITH BURGER*  bacon shallot jam, american cheese, crispy onions, house pickles, TSB sauce, brioche bun  17

#### PASTA
Gluten free pasta available upon request.
BUTTERNUT SQUASH BUCATINI  hen of the woods mushrooms, sage, parmesan  19
SHORT RIB RIGATONI  red wine braised short rib ragu, mascarpone, basil  21
RICOTTA GNOCCHI  truffle cream  19
MAC + CHEESE  skillet roasted  17

#### MAIN COURSES
OMELETTE  slow roasted tomatoes, goat cheese, soft herbs, mixed greens  17
SALMON  golden beets, yukon potatoes, savoy cabbage, melted leek beurre blanc  26
CHICKEN POT PIE  braised chicken, cremini mushrooms, potatoes, peas, cheddar biscuit top  24
VEGETABLE BIBIMBAP  sushi rice, shitake, spinach, edamame, house-made kimchee, sunny up egg  19
POT OF MUSSELS  chardonnay broth, dijon, tarragon, fries  25

#### STEAKS
Served with fries or field greens and chimichurri or green peppercorn sauce
THE SMITH BAR STEAK*  29
NY STRIP*  35
BONE IN RIBEYE*  39
FILET MIGNON*  41

#### SIDES
BRUSSELS SPROUTS  orange zest, sea salt  10
JALAPEÑO CHEDDAR GRITS  9
SHISHITO PEPPERS  sea salt  9
FRIES  8

#### HOUSEMADE SODAS  4.50
SHIRLEY TEMPLE
CUCUMBER GINGER BEER
LEMON MINT SODA

#### COFFEE AND ESPRESSO
Counter Culture
COFFEE  4
ESPRESSO  4.50
CAPPUCCINO  espresso / frothed milk  5
RED EYE  coffee / espresso shot  5
AMERICANO  espresso / hot water  5
LATTE  espresso / steamed milk  5
MOCHA  espresso / hot chocolate  5
HOT CHOCOLATE  whipped cream  5

#### TEA  4
Steven Smith Teamaker
GREEN TEA / MINT / EARL GREY / DARJEELING BLEND / ENGLISH BREAKFAST / CHAI / CHAMOMILE (D) / PEPPERMINT (D)

*THESE ITEMS ARE COOKED TO ORDER. EATING RAW OR UNDERCOOKED FISH, SHELLFISH, EGGS OR MEAT INCREASES THE RISK OF FOODBORNE ILLNESSES. PLEASE ALERT YOUR SERVER OF ANY FOOD ALLERGIES, AS NOT ALL INGREDIENTS ARE LISTED ON THE MENU.

---

### DIRECTIONS & HOURS

400 N CLARK STREET (AT W KINZIE STREET)  312.312.5100

**HOURS**
MON - THURS: 11:30AM - 9PM
FRI: 11:30AM - 10PM
SATURDAY: 10:30AM - 10PM
SUNDAY: 10:30AM - 9PM

HAPPY HOUR
MON - FRI: 3PM - 6PM

THE L
MERCHANDISE MART (BROWN LINE, PURPLE LINE), GRAND/STATE (RED LINE)



DIRECTIONS | RESERVATIONS

---

## PLAN YOUR NEXT EVENT AT RIVER NORTH

With two private dining rooms – one offering a private bar, the other AV capabilities – The Smith Chicago is the perfect choice for your celebration of up to 50 guests.

MORE INFORMATION



CLICK FOR EVENT GALLERY

---



FOLLOW US

CAREERS
PRESS
CONTACT
CORNER TABLE RESTAURANTS

PRIVACY AND TERMS
ADA COMPLIANCE FEEDBACK
JOIN OUR MAILING LIST