# EXHIBIT E

ABOUT US | LOCATIONS | MENUS | **THE SMITH** RESTAURANT & BAR | THE SMITH AT HOME PREPARED FOODS & MARKET | CATERING | GIFT CARDS | RESERVATIONS

OUR COMMITMENTS TO HEALTH & SAFETY X




# ABOUT US

Our mission is simple — make people happy! Since 2007, we've served food people crave. We are passionate about taking great care of our employees, our guests, and our community. We are obsessed with building a positive, empowering, and supportive culture. We care about every meal and every moment. Walk in the door and you're in for a great time. Whether it's date night, drinks on the town, a big birthday bash, a working lunch, a boozy brunch, or an I-don't-want-to-cook-tonight night, we've got you covered.The menu features bistro classics, seasonal fare, and craft cocktails. We believe in working closely with local farmers and purveyors that we trust to serve consistently delicious food and drinks. We have high standards for every ingredient and we put thought into every bite.




# THE NAME

### THE SMITH

Smith [smiTH] *noun*
1. A maker skilled in creating happiness.

The Smith is the maker. We are all empowered to be makers; makers of great food, great cocktails, great hospitality, warmth, fun, energy and smiles. Everyone is a maker; the guests, the cooks, the bartender. We can all be The Smith and make great things.




# OUR CORE VALUES

We are passionate and empowered to take great care of our employees, our guests and our community. We believe in working closely with local farmers and purveyors to serve delicious food and drinks that people crave.

**BE THE SMITH**
We are all empowered to MAKE a difference

**SUPPORT OUR TEAM**
We are committed to a positive, supportive and safe environment

**SAY YES**
We go above and beyond to exceed the expectations of our guests and always try to find a way to say yes

**HAVE FUN!**
We enjoy making people happy; our team, our guests, our community

**AUTHENTICITY**
Everything we do is from the heart- the food, drinks and connections

**THINK LOCAL, NATURAL AND SUSTAINABLE**
We make decisions our kids can live with

**WAIT FOR GREAT**
We only hire great people and wait for great opportunities



## OUR STORY

From the beginning, The Smith has been obsessed with building a culture that is empowering, supportive, and positive. The Smith first opened its doors in 2007 in the East Village of New York. Under the senior leadership of CEO and founder Jeffrey Lefcourt, partner Michael Jacobs, VP of Operations Adam Burke, and VP of Culinary and Executive Chef Brian Ellis, The Smith has grown to operate seven locations – four in Manhattan, two in Washington DC, and one in Chicago with additional restaurants planned for the future.

The Smith locations collectively serve over one million guests annually. In addition, Midtown, Lincoln Square, NoMad, and Penn Quarter are consistently in the Top 10 "most reserved" restaurants on OpenTable.



# JOIN OUR TEAM

We're always on the lookout for smart, upbeat, hard-working people to grow with us. Browse our open positions below.
Questions? Drop us a line CAREERS@CTRNYC.COM

Search

All departments | All locations | All states | Category

### BACK OF HOUSE

**The Smith Nomad is hiring BOH Positions!**
The Smith Nomad (1150 Broadway) — Job Details

**The Smith Penn Quarter is hiring Cooks & Dishwashers!** New
The Smith Penn Quarter (901 F S Street NW) — Job Details

**The Smith is hiring Cooks and Dishwashers!** New
The Smith Chicago — Job Details

### FRONT OF HOUSE

**Host**
The Smith Chicago — Job Details

**The Smith is hiring FOH Positions!**
The Smith Chicago — Job Details

**The Smith is hiring Hosts, Bussers, Runners and Servers!**
The Smith DC (Various Locations) — Job Details

### RESTAURANT MANAGEMENT

**Chef de Cuisine**
The Smith Chicago — Job Details

**Executive Sous Chef**
The Smith NYC (Various Locations) — Job Details

**Front of House Manager**
The Smith NYC (Various Locations) — Job Details

### SUITE 1500

**Creative Design and Brand Manager**
Corner Table Restaurants (270 Lafayette Street) — Job Details

**Financial Analyst** New
Corner Table Restaurants (270 Lafayette Street) — Job Details



# BE THE SMITH FUND

We are so grateful for our amazing team and culture we have created over the past two decades and are thankful for our community that has shown such support to us in this difficult time. Many have asked how they can help our team members, for which we are forever appreciative.

One of our core values is to Be The Smith, and we have created this fund to help provide relief to our team. We are accepting donations that will be distributed to them directly as we navigate this crisis.



FOLLOW US