UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DANIEL NAJERA, SWATI LAPERRE,
and VICTOR TRINIDAD,
*on behalf of themselves, FLSA Collective Plaintiffs and the Class*,

                Plaintiffs,

v.

TS2 HOSPITALITY LLC. d/b/a THE SMITH,

TS3 HOSPITALITY LLC. d/b/a THE SMITH,

TS4 HOSPITALITY LLC. d/b/a THE SMITH,

3ʳᴰ AVENUE HOSPITALITY LLC. d/b/a THE SMITH,

TS5 HOSPITALITY LLC. d/b/a THE SMITH,

TS6 HOSPITALITY LLC. d/b/a THE SMITH

TS7 HOSPITALITY LLC. d/b/a THE SMITH,

and JEFFREY LEFCOURT,

                Defendants.

Case No.: 1: 21-cv-03322

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

---

      PLEASE TAKE NOTICE that the above-entitled action is voluntarily dismissed against Defendants, **without prejudice**, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(i), without costs or attorneys' fees to any party.

Dated: April 27, 2021
      New York, New York

For the Plaintiffs:

By: /s/ C.K. Lee
  C.K. Lee, Esq.
  Lee Litigation Group, PLLC
  148 West 24th Street, 8th Floor
  New York, NY 10016
  Telephone: (212) 465-1188
  Fax: (212) 465-1181
  cklee@leelitigation.com

SO ORDERED

Dated: April 28, 2021

_____
J. PAUL OETKEN
United States District Judge